## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **REYNOSO VINEYARDS, INC.,** | ) | Case No. 24- |
| An Illinois Corporation, | ) | |
| Debtors. | ) | Honorable Judge |
| | ) | Chapter 11 |

Official Form 201                                    __ Check if this is an
                                                        amended filing

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name** _____ REYNOSO VINEYARDS, INC._____

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and doing business as names

_____

_____

**3. Debtor's fed. Employer Identification Number (EIN)** ___ 36– 4041943 ___ ___ ___ ___ ___

**4. Debtor's address**   Principal place of business          Mailing Address, if different

                        365 N. Jefferson St. Unit 3408        _____
                        Number       Street                  Number       Street

                        Chicago, Ill. 60661__                 _____
                        City State ZIP Code                   City State ZIP Code
                        __Cook_____
                        County

                        Location of principal assets, if different from principal place of business

                        25500 River Road _____
                        Number       Street
                        Cloverdale, CA 95425_____
                        City State ZIP Code
                        Sonoma County, Cal.

**5. Debtor's website (URL)** ___www.reynosowines.com_____

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor _ **REYNOSO VINEYARDS, INC.**__ Case number (if known)_____

| | |
|---|---|
| **6. Type of debtor** | X Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | θ Partnership (excluding LLP) |
| | θ Other. Specify: _____ |

| | |
|---|---|
| **7. Describe debtor's business** | A. Check one: θ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | θ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | θ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | θ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | θ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | θ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | X None of the above |
| | |
| | B. Check all that apply: |
| | θ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | θ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | θ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . ___ ___ ___ ___ |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | Check one: θ Chapter 7 |
| | θ Chapter 9 |
| | X  Chapter 11. Check **all** that apply: |
| | θ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | |
| | θ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach |

Debtor _ **REYNOSO VINEYARDS, INC.**_ Case number (if known)_____

the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

θ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

θ A plan is being filed with this petition.

θ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

θ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

θ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

θ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

X No

θ Yes.

Debtor _ **REYNOSO VINEYARDS, INC.**__ Case number (if known)_____

District _____
When _____
MM / DD / YYYY
Case number _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | X No<br><br>θ Yes.  Debtor _____<br>Relationship _____<br>District _____<br>When _____<br>MM / DD / YYYY<br>Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

X Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

θ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

X No

θ Yes.
Answer below for each property that needs immediate attention. Attach additional sheets if needed. Why does the property need immediate attention? (Check all that apply.)

θ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

Official Form 201 Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 4

Debtor _ **REYNOSO VINEYARDS, INC.**__ Case number (if known)_____

What is the hazard?_____

θ It needs to be physically secured or protected from the weather.

θ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

θ Other _____

Where is the property?

_____
Number        Street

_____
City State ZIP Code

Is the property insured?
θ No
θ Yes.
Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds to unsecured creditors.**

Check one:
X Funds will be available for distribution

θ After any administrative expenses are paid; no funds will be available for distribution to unsecured creditors.

Debtor _ **REYNOSO VINEYARDS, INC.**__ Case number (if known)_____

## 14. Estimated number of creditors

X 1-49                          θ 5,001-10,000
θ 50-99                         θ 10,001-25,000
θ 100-199                       θ 25,001-50,000
θ 200-999                       θ 50,001-100,000
θ 1,000-5,000                   θ More than 100,000

## 15. Estimated assets

θ $0-$50,000                     θ $50,001-$100,000
θ $100,001-$500,000             θ $500,001-$1 million
θ $1,000,001-$10 million        X $10,000,001-$50 million
θ $50,000,001-$100 million      θ $100,000,001-$500 million
θ $500,000,001-$1 billion       θ $1,000,000,001-$10 billion
θ $10,000,000,001-$50 billion   θ More than $50 billion

## 16. Estimated liabilities

θ $0-$50,000                     θ $50,001-$100,000
θ $100,001-$500,000             θ $500,001-$1 million
θ $1,000,001-$10 million        X $10,000,001-$50 million
θ $50,000,001-$100 million      θ $100,000,001-$500 million
θ $500,000,001-$1 billion       θ $1,000,000,001-$10 billion
θ $10,000,000,001-$50 billion   θ More than $50 billion

Debtor _ **REYNOSO VINEYARDS, INC.**__ Case number (if known)_____

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _10/18/2024___
MM / DD / YYYY

X_ _(signature)_____
Signature of authorized representative of debtor

____Joseph Reynoso_____
Printed name Joseph Reynoso
Title   President

**18. Signature of attorney**

X _/S/ Michael J. Greco_____   Date _10/18/2024___
Signature of attorney for debtor   MM / DD / YYYY

Michael J. Greco
Michael J. Greco, Attorney at Law
175 W. Jackson Blvd., Suite 240
Chicago, Ill. 60604
312 222-0599
Bar Number 6201254
Email michaelgreco18@yahoo.com