**Fill in this information to identify the case:**

Debtor name  R E Y N O S O  V I N E Y A R D S ,  I N C .

United States Bankruptcy Court for the:  N O R T H E R N _____ District of ILLINOIS___
(State)

Case number (If known):   2 4 - 1 5 5 7 2

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   | 2.1 | State what the contract or lease is for and the nature of the debtor's interest |
   | | State the term remaining |
   | | List the contract number of any government contract |

   | 2.2 | State what the contract or lease is for and the nature of the debtor's interest |
   | | State the term remaining |
   | | List the contract number of any government contract |

   | 2.3 | State what the contract or lease is for and the nature of the debtor's interest |
   | | State the term remaining |
   | | List the contract number of any government contract |

   | 2.4 | State what the contract or lease is for and the nature of the debtor's interest |
   | | State the term remaining |
   | | List the contract number of any government contract |

   | 2.5 | State what the contract or lease is for and the nature of the debtor's interest |
   | | State the term remaining |
   | | List the contract number of any government contract |