**Fill in this information to identify the case:**

Debtor name ___REYNOSO  VINEYARDS ,  INC.___

United States Bankruptcy Court for the: ___NORTHERN___ District of ___ILLINOIS___
(State)

Case number (If known): ___24-15572___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

### 1. Gross revenue from business

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

| | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2024 to Filing date | ☒ Operating a business<br>☐ Other _____ | *est.<br>$ 1,150,000 |
| For prior year:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other _____ | $ 1,671,413 |
| For the year before that:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other _____ | $ 1,990,593 |

### 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From _____ to Filing date | _____ | $ _____ |
| For prior year:<br>From _____ to _____ | _____ | $ _____ |
| For the year before that:<br>From _____ to _____ | _____ | $ _____ |

Debtor _____    Case number *(if known)* _____
Name

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None

   | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | 3.1. | | | |
   | Creditor's name | | $_____ | ☐ Secured debt |
   | Street | | | ☐ Unsecured loan repayments |
   | | | | ☐ Suppliers or vendors |
   | | | | ☐ Services |
   | City        State      ZIP Code | | | ☐ Other _____ |
   | 3.2. | | | |
   | Creditor's name | | $_____ | ☐ Secured debt |
   | Street | | | ☐ Unsecured loan repayments |
   | | | | ☐ Suppliers or vendors |
   | | | | ☐ Services |
   | City        State      ZIP Code | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None

   | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|
   | 4.1. | | | |
   | Insider's name | | $_____ | |
   | Street | | | |
   | | | | |
   | City        State      ZIP Code | | | |
   | Relationship to debtor | | | |
   | 4.2. | | | |
   | Insider's name | | $_____ | |
   | Street | | | |
   | | | | |
   | City        State      ZIP Code | | | |
   | Relationship to debtor | | | |

Debtor _____     Case number (if known)_____
      Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX–____ ____ ____ ____ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Krauss v. Reynoso | Debt collection | Name | ☐ Pending |
| | Case number | | Street | ☐ On appeal |
| | SCV – 268140 | — Sonoma County | | ☐ Concluded |
| | | | City     State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | Case number | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | | | City     State     ZIP Code | |

Debtor _____   Case number (if known)_____
        Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $_____ |
| Street | Case title | Court name and address |
| City   State   ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City   State   ZIP Code |

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss   If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.   List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor _____ Case number (if known) _____

Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

**11.1.**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Gregg Rzepczynski | | 10/18/24 | $3800— |

Address

353 W. Superior
Street

Chicago            IL    60654
City            State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

**11.2.**

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | $ |

Address

_____
Street

_____
City            State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor _____    Case number (if known)_____
        Name

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| Address | | | |
| Street _____ | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

| Who received transfer? | | | |
|---|---|---|---|
| 13.2. _____ | _____ | _____ | $_____ |
| Address | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City          State      ZIP Code | | | |
| Relationship to debtor | | | |
| _____ | | | |

## Part 7:    Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street _____ | From _____ To _____ |
| _____ | |
| City          State      ZIP Code | |
| 14.2. Street _____ | From _____ To _____ |
| _____ | |
| City          State      ZIP Code | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor _____ Case number (if known) _____
        Name

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City    State    ZIP Code | | Check all that apply: ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| **15.2.** Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City    State    ZIP Code | | Check all that apply: ☐ Electronically ☐ Paper |

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:
        Name of plan                                    Employer identification number of the plan
        _____        EIN: ___ ___ ___ ___ ___ ___ ___ ___ ___
        Has the plan been terminated?
        ☐ No
        ☐ Yes

---

Debtor
Name _____    Case number (if known) _____

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** <br>Name _____ <br>Street _____ <br>_____ <br>City   State   ZIP Code | XXXX-___ ___ ___ | ☐ Checking <br>☐ Savings <br>☐ Money market <br>☐ Brokerage <br>☐ Other_____ | _____ | $_____ |
| **18.2.** <br>Name _____ <br>Street _____ <br>_____ <br>City   State   ZIP Code | XXXX-___ ___ ___ | ☐ Checking <br>☐ Savings <br>☐ Money market <br>☐ Brokerage <br>☐ Other_____ | _____ | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br>Street _____ <br>_____ <br>City   State   ZIP Code | _____ <br>_____ <br>Address <br>_____ <br>_____ | _____ <br>_____ <br>_____ | ☐ No <br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ <br>Street _____ <br>_____ <br>City   State   ZIP Code | _____ <br>_____ <br>Address <br>_____ <br>_____ | _____ <br>_____ <br>_____ | ☐ No <br>☐ Yes |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor _____   Case number (if known)_____
Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ | _____ | _____ | $_____ |
| Street _____ | _____ | _____ | |
| City _____ State ____ ZIP Code ____ | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name _____ | _____ | ☐ Pending |
| _____ | Street _____ | _____ | ☐ On appeal |
| | | | ☐ Concluded |
| | City ____ State ____ ZIP Code ____ | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City ___ State ___ ZIP Code ___ | City ___ State ___ ZIP Code ___ | | |

Debtor _____ Case number (if known)_____
        Name

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25.** Other businesses in which the debtor has or has had an interest

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Agathon Holdings LP<br>Name<br>25500 River Rd<br>Street<br>Cloverdale, CA 95425<br>City    State    ZIP Code | wine making | EIN: 8 1 - 3 9 8 7 7 2 2<br><br>Dates business existed<br><br>From 3/1/2016 To present |
| **25.2.** Business name and address<br>Name<br>Street<br>City    State    ZIP Code | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br>EIN: ___ - ___ ___ ___ ___ ___<br>Dates business existed<br>From _____ To _____ |
| **25.3.** Business name and address<br>Name<br>Street<br>City    State    ZIP Code | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br>EIN: ___ - ___ ___ ___ ___ ___<br>Dates business existed<br>From _____ To _____ |

Debtor _____     Case number (if known)_____
           Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

Name and address

Dates of service

26a.1. _____     From _____   To _____
       Name

_____
Street

_____
City                          State          ZIP Code

Name and address

Dates of service

26a.2. _____     From _____   To _____
       Name

_____
Street

_____
City                          State          ZIP Code

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

Name and address

Dates of service

26b.1. _____     From _____   To _____
       Name

_____
Street

_____
City                          State          ZIP Code

Name and address

Dates of service

26b.2. _____     From _____   To _____
       Name

_____
Street

_____
City                          State          ZIP Code

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

Name and address

If any books of account and records are unavailable, explain why

26c.1. _____
       Name

_____
Street

_____
City                          State          ZIP Code

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 11

Debtor _____   Case number (if known)_____
       Name

Name and address                                                    If any books of account and records are
                                                                    unavailable, explain why

26c.2.
       Name _____              _____

       Street _____            _____

       _____                   _____

       City                    State        ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

26d.1.  Summit State Bank
       Name
        500 Bicentennial wy
       Street

        Santa Rosa                    CA        95403
       City                  State        ZIP Code

Name and address

26d.2.
       Name _____

       Street _____

       _____

       City                    State        ZIP Code

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.
       Name _____

       Street _____

       _____

       City                    State        ZIP Code

Debtor _____  Case number (if known) _____
Name

Name of the person who supervised the taking of the Inventory

Date of Inventory

The dollar amount and basis (cost, market, or other basis) of each Inventory

$ _____

Name and address of the person who has possession of inventory records

27.2.

Name _____

Street _____

_____

City _____  State _____  ZIP Code _____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Joe Reynoso | 365 N. Jefferson #3408 Chicago 60661 | President | 99 |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|-----|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | | | |
| Name | | | |
| Street | | | |
| | | | |
| City  State  ZIP Code | | | |
| Relationship to debtor | | | |

Debtor _____   Case number (if known)_____
Name

Name and address of recipient

30.2

Name _____

Street _____

_____

City                              State        ZIP Code

Relationship to debtor

_____

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No

☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent
                                                                  corporation
_____           EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

Name of the pension fund                                          Employer Identification number of the pension fund
_____           EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __10_ /_20_/_2024_
             MM / DD / YYYY

✗ _____          Printed name __Joe Reynoso__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor __President__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes